IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR77 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TIMOTHY J. MCQUEEN, | |
| Defendant. | |

This matter is before the court on Defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [21]. The record shows that this deadline expired on March 25, 2019, that the Motion for Extension was filed on March 26, 2019, and that trial was set prior to the filing of the motion. The motion for extension of time does not request to file pretrial motions out-of-time nor does it indicate the likelihood of the necessity to file any pretrial motions. The court finds that Defendant has not shown good cause for extending the deadline at this time.

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS [21] is denied without prejudice to the filing of a motion to file necessary pretrial motions out-of-time.

2. Pursuant to NECrimR 59.2(a), a party may object to this order by filing a "Statement of Objections to Magistrate Judge's Order" within 14 days of today's date.

Dated this 27th day of March, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge