# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY MCQUEEN<br><br>　　　　　　　Defendant. | 8:19CR77<br><br>**ORDER** |

　　　　This matter is before the court on the defendant's unopposed Motion to Continue Trial [26]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

　　　　**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [26] is granted as follows:

　　　　1.  The jury trial, now set for May 7, 2019, is continued to **June 11, 2019**.

　　　　2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 11, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated this 26th day of April 2019.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge