# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TIMOTHY MCQUEEN<br><br>           Defendant. | **8:19CR77**<br><br>**ORDER** |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [51]. Counsel is seeking additional time for the defendant to complete programming in compliance with Pretrial Services. For good cause shown,

**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [51] is granted as follows:

1. The jury trial, now set for September 10, 2019, is continued to **November 12, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 12, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 23rd day of August 2019.

                                            BY THE COURT:

                                            s/Michael D. Nelson<br>
                                            United States Magistrate Judge