IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TIMOTHY J. MCQUEEN,<br><br>            Defendant. | 8:19CR77<br><br>ORDER |

On the motion of the United States Attorney's Office (Filing No. 107), the Petition for Offender Under Supervision (Filing No. 89) is hereby dismissed without prejudice.

ORDERED this 8th day of March, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge